# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IRELAND BANK, | 2:11-cv -01618-LDG-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| MARS DKI, LLC, *et al.,* | |
| Defendants. | |

Before the Court is the Stipulated Discovery Plan and Scheduling Order (#53). The Complaint was filed on October 6, 2011 (#1) naming 26 defendants.   Eighteen defendants have been dismissed. Defendant Cinthia Vincent was served on October 15, 2011 (#17) and no responsive pleading has been filed. Defendants McThomas S. Wideen (hereafter "M. Wideen") and Denise J. Wideen (hereafter "D. Wideen") were served on October 16, 2011 (#9, #10). M. Wideen and D. Wideen have not filed any responsive pleadings. Plaintiff filed a Notice of Bankruptcy of Defendants M. Wideen and D. Wideen on July 3, 2012 (#43). Defendant Premier Installation Corporation (hereafter "Premier") was served on October 19, 2011 (#18) and attorney Steven T. Jaffe, Esq. filed an answer on their behalf on January 13, 2012 (#36). Defendant Mars DKI, LLC was served on October 23, 2011 (#23) and has not filed any responsive pleadings. Defendant CBRE Technical Services, LLC (hereafter "CBRE") was served on November 8, 2011 (#26) and attorney Patrick J. Sheehan, Esq. filed an answer on their behalf on March 23, 2012 (#40). Defendant Disaster Clean-Up Construction, Inc. (hereafter "Disaster") was served on November 8, 2011 (#28) and no responsive pleading has been filed. On July 18, 2012, Plaintiff filed a

Motion for Default Judgment Against Defendant Ahern Tennis Management Group of Nevada (#51). The Stipulated Discovery Plan and Scheduling Order (#53) was filed on July 30, 2012 and electronically signed by Plaintiff's counsel, Sara D. Cope, Esq., Defendant Premier's counsel, Monte Hall, Esq., and Defendant Disaster's counsel, R. Christopher Reade, Esq.

IT IS HEREBY ORDERED that a discovery hearing pursuant to LR 16-1 (a) is scheduled for 9:00 a.m. on August 14, 2012 in Courtroom 3C.

IT IS FURTHER ORDERED that the following parties must appear at the Rule 16-1 (a) hearing:

1. Ireland Bank

2. Cinthia Vincent

3. Premier Installation Corporation

4. Mars DKI, Inc.

5. CBRE Technical Services, LLC

6. Disaster Clean-up Construction, Inc.[1]

IT IS FURTHER ORDERED that Plaintiff uses its best efforts to deliver Cinthia Vincent and Mars DKI, Inc. copies of this minute order.

DATED this 1st day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] Attorney R. Christopher Reade, Esq. electronically signed page five (5) of the Stipulated Discovery Plan and Scheduling Order (#53)as counsel for Disaster Clean-up Construction, Inc.  The Court Clerk will mail a copy of this order to R. Christopher Reade, Esq., Reade & Associates, 1333 N. Buffalo Drive, Suite 210, Las Vegas, Nevada 89128.