**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARS DKI, LLC, a Nevada limited liability company dba MARS RESTORATION, LLC dba MARS DKI fka MITIGATION AND REPAIR SOLUTIONS, INC. dba MARS RESTORATION; McTHOMAS S. WIDEEN, an individual; DENISE J. WIDEEN, an Individual; DISASTER CLEAN-UP CONSTRUCTION, INC. dba RESTOTECH WATER & FIRE DAMAGE RESTORATION COMPANY dba RESTOTECH DKI dba DKI RESTOTECH, a foreign corporation; GINO WIDEEN, an individual; RAYMIE WIDEEN, an individual; CONTRACTORS BONDING & INSURANCE COMPANY, an authorized surety; MARJORIE LAMB, an individual; CBRE TECHNICAL SERVICES, LLC dba BUILDING TECHNOLOGY ENGINEERS OF NORTH AMERICA, LLC, a foreign limited liability company; MARY ANN CALDARULO, an individual; SUN CITY SUMMERLIN NEIGHBORHOOD MAINTENANCE ASSOCIATION, INC., a Nevada non-profit cooperative corporation; NEST INTERNATIONAL, a foreign corporation; HAND PROPERTY MANAGEMENT COMPANY, a Nevada non-profit corporation; ARGUS CONSTRUCTION, INC., a Nevada corporation; PREMIER INSTALLATION CORPORATION, a Nevada corporation; ENERGY REO SOLUTIONS, a foreign corporation; CLARK COUNTY WATER RECLAMATION DISTRICT, a quasi-governmental political subdivision of the State of Nevada; GINA DENNEY, an individual; | Case No. 2:11-CV-01618-LDG-VCF<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT CBRE TECHNICAL SERVICES, LLC WITH PREJUDICE**<br>**[FRCP 41(a)(2)]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ALPINE WATER SYSTEMS, LLC, a Nevada limited liability company; AHEARN TENNIS MANAGEMENT GROUP OF NEVADA, L.L.C. dba INTERNATIONAL TENNIS CENTRE LAS VEGAS, a Nevada limited liability company; WESTERN SURETY COMPANY, an authorized surety; MICHAEL LEE PETERSON; an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, an authorized surety; OLD REPUBLIC INSURANCE COMPANY, an authorized insurance company; CINTHIA VINCENT, an individual; ZEBENAY WORKNEH, an individual; JOHN DOES I-XV; ROE ENTITIES, I-XV,<br><br>                         Defendants. |

The above-named Plaintiff, IRELAND BANK, acting by and through its Counsel, Christensen James & Martin, pursuant to FRCP Rule 41(a)(2), does hereby dismiss its claims in the above-entitled action with prejudice as against Defendant CBRE TECHNICAL SERVICES, LLC, only.

DATED this 2nd day of August, 2012.

CHRISTENSEN JAMES & MARTIN

By: /s/ Sara D. Cope
Sara D. Cope, Esq.
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

IT IS SO ORDERED
Dated this ___ day of _____, 2012

_____
DISTRICT COURT JUDGE

-2-