UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, | 2:11-cv-01618-LDG-VCF |
| Plaintiff, | |
| v. | ORDER |
| MARS DKI, LLC, et al., | |
| Defendants. | |

Plaintiff Ireland Bank has filed a motion for default judgment against defendant Ahearn Tennis Management Group of Nevada, LLC (#51). Based on the points and authorities, exhibits, and declaration of counsel,

THE COURT HEREBY ORDERS that plaintiff's motion for default judgment against defendant Ahearn Tennis Management Group of Nevada, LLC (#51) is GRANTED.

THE COURT FURTHER ORDERS that plaintiff shall file a proposed order granting default judgment within twenty (20) days of the entry of this order.

Dated this 26 day of March, 2013.

_____
Lloyd D. George
United States District Judge