**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARS DKI, LLC, et al;<br><br>Defendants. | Case No. 2:11-CV-01618-LDG-VCF<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT DISASTER CLEAN-UP CONSTRUCTION, INC., ONLY**<br><br>[FRCP 41(a)(2)] |

The above-named Plaintiff, IRELAND BANK, acting by and through its Counsel, Christensen James & Martin, pursuant to FRCP Rule 41(a)(2), does hereby dismiss its claims in the above-entitled action with prejudice as against Defendant Disaster Clean-up Construction, Inc. dba Restotech Water & Fire Damage Restoration Company dba Restotech DKI dba DKI Restotech ("Restotech") upon Plaintiff's receipt and successful negotiation of settlement proceeds from Restotech. Each party to bear their own attorneys fees and costs unless otherwise agreed upon in writing.

DATED this 13th day of March, 2013.

CHRISTENSEN JAMES & MARTIN

By: /s/ Sara D. Cope
Sara D. Cope, Esq.
Nevada Bar No. 10329
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated this 12th day of April, 2013.

_____
DISTRICT COURT JUDGE
Lloyd D. George