**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, a foreign corporation, | Case No. 2:11-CV-01618-LDG-VCF |
| Plaintiff, | |
| vs. | |
| MARS DKI, LLC, et al; | Date: N/A |
| Defendants. | Time: N/A |

## **DEFAULT JUDGMENT**

Having considered Plaintiff's Motion for Default Judgment Against MARS DKI, LLC dba MARS RESTORATION, LLC dba MARS DKI fka MITIGATION AND REPAIR SOLUTIONS, INC. dba MARS RESTORATION ("MARS"), filed by the Plaintiff, Ireland Bank ("Plaintiff" or "Bank"), together with the Points and Authorities, Exhibits, and Declaration submitted therewith, and for Good Cause Appearing therefor, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of the Bank and against MARS in the total sum of Three Hundred Eleven Thousand Seven Hundred Eleven and 27/100 Dollars ($311,711.27) ("Judgment Amount"), plus attorney's fees and costs incurred by Plaintiff to litigate this action.

2. The Judgment Amount shall bear interest at the contractual rate of ten percent (10%) per annum until paid in full.

IT IS SO ORDERED this 17 day of _____June, 2013_____.

_____
United States District Court Judge
Lloyd D. George

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: */s/ Sara D. Cope*
Sara D. Cope, Esq.
*Attorneys for Plaintiff*