**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, a foreign corporation, | Case No. 2:11-CV-01618-LDG-VCF |
| Plaintiff, | |
| vs. | |
| MARS DKI, LLC, et al; | Date: N/A |
| Defendants. | Time: N/A |

### DEFAULT JUDGMENT

Having considered Plaintiff's Motion for Default Judgment Against Ahearn Tennis Management Group of Nevada, L.L.C. dba International Tennis Centre Las Vegas ("Ahearn Tennis"), filed by the Plaintiff, Ireland Bank ("Plaintiff" or "Bank"), together with the Points and Authorities, Exhibits, and Declaration submitted therewith, and for Good Cause Appearing therefor, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.  Judgment is entered in favor of the Bank and against the Defendant Ahearn Tennis in the total sum of Two Hundred Fifty Dollars ($250.00) ("Judgment Amount").

2.  The Judgment Amount shall bear interest at the statutory rate of prime plus two percent per annum, currently 5.25%, until paid in full.

IT IS SO ORDERED this 27 day of _____June, 2013_____.

_____
United States District Court Judge

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: */s/ Sara D. Cope*
    Sara D. Cope, Esq.
    7440 W. Sahara Avenue
    Las Vegas, NV 89117
    Tel.: (702) 255-1718
    *Attorneys for Plaintiff*