# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRELAND BANK, | 2:11-cv-01618-LDG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| MARS DKI, LLC, et al., | |
| Defendants. | |

Plaintiff Ireland Bank has filed a motion for order approving attorney's fees and costs against defendant MARS DKI, LLC (#82). Default judgment has been entered against MARS and in favor of plaintiff including costs and attorney's fees (#80). As plaintiff points out, in the promissory note at issue, MARS agreed to pay attorney's fees and costs incurred in collection of the obligation. Finally, MARS has not responded to the motion for order approving attorney's fees and costs. Accordingly, pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion), based on a review of the merits,

THE COURT HEREBY ORDERS that the motion for order approving attorney's fees and costs (#82) is GRANTED. Plaintiff Ireland Bank shall be awarded $53,904.71 in attorney's fees and $3,882.21 in other costs.

Dated this ____ day of March, 2014.

_____
Lloyd D. George
United States District Judge