# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Ireland Bank,

                Plaintiff,

V.

Mars DKI, LLC, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01618-LDG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorney's Fees and Costs is awarded in favor of Plaintiff Ireland Bank and against Mars DKI, LLC in the amount of $53,904.71 in attorney's fees and $3,882.21 in other costs.

March 21, 2014  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Ari Caytuero  
(By) Deputy Clerk